1  Guido Saveri (22349) guido@saveri.com
2  R. Alexander Saveri (173102) rick@saveri.com
   Cadio Zirpoli (179108) cadio@saveri.com
3  William Heye (233249) william@saveri.com
   SAVERI & SAVERI, INC.
4  111 Pine Street, Suite 1700
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
   Facsimile: (415) 217-6813
6
7  John G. Emerson
   Scott E. Poynter
8  EMERSON POYNTER LLP
   The Museum Center
9  500 President Clinton Ave., Ste. 305
   Little Rock, AR 72201
10 Telephone: (501) 907-2555
   Facsimile: (501) 907-2556
11
12 *Attorneys for Plaintiff Lolly Randall*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE TRANSPACIFIC AIR PASSENGER ANTITRUST LITIGATION** | ) Case No. 08-cv-0909 JCS )<br>)<br>) **MDL No. 1913**<br>) |
| **This Document Relates to:**<br>**Case No. 08-cv-0909 JCS**<br>*Randall, et al. v. Air New Zealand, et al.* | )<br>)<br>) **NOTICE OF VOLUNTARY DISMISSAL**<br>) **OF DEFENDANT NORTHWEST**<br>) **AIRLINES WITHOUT PREJUDICE**<br>) **[F.R.C.P. § 41(a)(1)]**<br>) |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, Plaintiff Lolly Randall hereby dismisses all claims made in Case No. 08-cv-0909 JCS, without prejudice, against named defendant Northwest Airlines.

DATED: February 20, 2008        */s/ R. Alexander Saveri*
Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
William Heye (233249)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

John G. Emerson
Scott E. Poynter
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Ave., Ste. 305
Little Rock, AR 72201
Telephone: (501) 907-2555

Lawrence D. McCabe
MURRAY, FRANK & SAILER LLP
275 Madison Avenue
New York, NY 10016
Telephone: (212) 682-1818

*Attorneys for Plaintiff Lolly Randall*

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT NORTHWEST AIRLINES WITHOUT PREJUDICE**