1  MAYER BROWN LLP
   Richard J. Favretto, Esq.
2      rfavretto@mayerbrown.com
   John Roberti, Esq.
3      jroberti@mayerbrown.com
   1909 K Street, NW
4  Washington, DC 20006
   Telephone: (202) 263-3000
5  Facsimile:  (202) 263-3300

6  MAYER BROWN LLP
   Edward D. Johnson, Esq. (SBN 189475)
7      wjohnson@mayerbrown.com
   J. Joann Liao, Esq. (SBN 227329)
8      jliao@mayerbrown.com
   Two Palo Alto Square, Suite 300
9  3000 El Camino Real
   Palo Alto, CA 94306-2112
10 Telephone: (650) 331-2000
   Facsimile:  (650) 331-2060

Attorneys for Defendant United Air Lines, Inc.

Additional Counsel on Signature Page

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| LOLLY RANDALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRWAYS, SINGAPORE AIR, THAI AIRWAYS, UNITED AIR LINES,<br><br>Defendants. | Case No. 08-CV-0909 JCS<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>The Honorable Joseph C. Spero |

Pursuant to Local Rule 6-1(a), and in light of the February 19, 2008 Judicial Panel on Multidistrict Litigation ("JPML") Transfer Order on the Transpacific Passenger Air Transportation cases, Plaintiff Lolly Randall ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant"), through counsel, hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED AND AGREED that Defendant's time to answer, move or otherwise plead is enlarged until either: (1) 45 days after plaintiffs in the Transpacific Passenger Air Transportation cases file and serve a consolidated amended complaint, unless otherwise ordered by the Court or agreed to by the parties; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air Transportation cases provide written notice that a consolidated amended complaint will not be filed.

IT IS FURTHER STIPULATED AND AGREED that defense counsel shall accept service on behalf of Defendant of the summons and complaints in the above-captioned matter, including any amended or consolidated complaints, and further, that Defendant shall not contest sufficiency of process or service of process. This Stipulation does not constitute a waiver of any other defense including, but not limited to, the defenses of lack of personal or subject matter jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant to answer, move, or otherwise respond to any complaint until the time provided in the preceding paragraph.

//
//
//
//
//
//
//
//

1   IT IS SO STIPULATED.

2   Respectfully Submitted,

3   Dated: February 27, 2008                MAYER BROWN LLP

4                                           By:      */s/ J. Joann Liao*

5                                           MAYER BROWN LLP
                                            Two Palo Alto Square, Suite 300
6                                           3000 El Camino Real
                                            Palo Alto, CA 94306-2112
7                                           Telephone:     (650) 331-2000
                                            Facsimile:     (650) 331-2060
8

9                                           *Counsel for Defendant United Air Lines, Inc.*

10

11  Dated: February 27, 2008                SAVERI & SAVERI, INC.

12                                          By:      *Cadio Zirpoli (by authorization)*

13                                          SAVERI & SAVERI, INC.
                                            111 Pine Street, Suite 1700
14                                          San Francisco, California 94111
                                            Telephone: (415) 217-6810
15                                          Facsimile: (415) 217-6813

16
                                            EMERSON POYNTER LLP
17                                          The Museum Center
                                            500 President Clinton Avenue, Suite 305
18                                          Little Rock, Arkansas 72201
                                            Telephone: (501) 907-2555
19                                          Facsimile: (501) 907-2556

20

21                                          *Counsel for Plaintiff*

22

23

24

25

26

27

28
    2
    JOINT STIPULATION PURSUANT TO LOCAL RULE 6-1 EXTENDING TIME TO RESPOND TO COMPLAINT
    CASE NO. 08-CV-0909 JCS