1  Guido Saveri (22349) guido@saveri.com
   R. Alexander Saveri (173102) rick@saveri.com
2  Cadio Zirpoli (179108) cadio@saveri.com
   William Heye (233249) william@saveri.com
3  SAVERI & SAVERI, INC.
4  111 Pine Street, Suite 1700
   San Francisco, CA 94111
5  Telephone: (415) 217-6810
    Facsimile: (415) 217-6813

*Attorneys for Plaintiffs Lolly Randall and Christian Duke*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO DIVISION)

| | |
|---|---|
| **IN RE TRANSPACIFIC PASSENGER AIR ANTITRUST LITIGATION** | ) Case No. C-07-5634 CRB )<br>) MDL No. 1913 ) |
| **This document relates to**: | ) |
| *Randall v. Air New Zealand, et al.*, Case No. C-08-0909 JCS | ) **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES** |
| *Duke v. Air New Zealand, et al.*, Case No. C-08-1142 EMC | ) |

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES

1   On March 28, 2008 plaintiffs Lolly Randall and Christian Duke filed an Administrative
2   Motion to Relate Cases pursuant to Civil Local Rule 3-12. The time for filing an opposition or
3   statement of support has passed.  The Court having considered the papers and pleadings on file,
4   and good cause appearing,

5   HEREBY GRANTS Plaintiffs' Administrative Motion to Relate Cases.

6   IT IS HEREBY ORDERED that *Randall v. Air New Zealand, et al.,* Case No. CV-08-
7   0909-JCS and *Duke v. Air New Zealand, et al.*, Case No. C-08-1142-EMC, be related to *In Re*
8   *Transpacific Passenger Air Antitrust Litigation*, Case No. CV-07-5634-CRB.

DATED: March 31, 2008

_____
Hon. Charles R. Breyer
United States District Court Judge

2

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO RELATE CASES